RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:(310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| AIM IP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No.8:12-cv-00911-AG-MLG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff AIM IP, LLC ("AIM") and Defendant ZyXEL Communications, Inc. ("ZyXEL"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, AIM and ZyXEL have agreed to settle, adjust and compromise all claims between them in the above-captioned action;

WHEREAS, AIM and ZyXEL have agreed that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same;

NOW, THEREFORE, AIM and ZyXEL stipulate and agree as follows:

The above-entitled cause and all claims of the parties made therein are hereby dismissed with prejudice to the re-filing of same.

Dated: January 3, 2013

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Alexander C.D. Giza*
     Alexander C.D. Giza

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

1
STIPULATION OF DISMISSAL WITH PREJUDICE

RUSS, AUGUST & KABAT

1    **THE LAW OFFICES OF S.J. CHRISTINE YANG**

2    By: /s/ S.J. Christine Yang
             S.J. Christine Yang

4    Duncan Palmatier, State Bar No. 116692
5    Email: dpalm@dpalmlaw.com
   S.J. Christine Yang, State Bar No. 102048
6    Email: cyang@sjclawpc.com
   17220 Newhope Street
7    Suites 101 and 102
   Fountain Valley, California 92708
8    Telephone:  (714) 641-4022
   Facsimile:   (714) 641-2082

10    Attorneys for Defendant
     ZyXEL Communications, Inc.

2

STIPULATION OF DISMISSAL WITH PREJUDICE